IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LORETTA DAVIS-JACKSON, as special Administrator of the Estate of Bernard E. Davis, deceased,**           Plaintiff,    v.    **GUIDANT CORPORATION, et al.,**           Defendants. | )))))))))))) CAUSE NO. 007-377-WDS |

**O R D E R**

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: June 25, 2007.**

                                                                s/ WILLIAM D. STIEHL
                                                                    DISTRICT JUDGE


Case reassigned to United States District Judge G. Patrick Murphy.  All future pleadings shall bear Case No. 07-377-GPM.